UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 05892
  COLUMBUS MONTGOMERY
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-5169

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/02/07 .

     2.  Case reassigned to Tom Vaughn, Trustee, 04/20/2007.

------------------------------------------------------------------------------
CREDITOR NAME                 CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00          .00
PRINCIPAL PAID           .00          .00          .00          .00          .00
INTEREST PAID            .00          .00          .00          .00          .00
TOTAL PAID               .00          .00          .00          .00          .00
The Debtor's attorney, DEBRA J VORHIES-LEVINE          , was allowed $          .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/17/07                  /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05892  COLUMBUS  MONTGOMERY