```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05892
     COLUMBUS MONTGOMERY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
     SSN XXX-XX-5169

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/02/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG         .00            .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE         .00            .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO BANK          CURRENT MORTG         .00            .00            .00
WELLS FARGO BANK          MORTGAGE ARRE    15302.67            .00            .00
JAMES D PARADOWSKI        UNSECURED           62.00            .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED        11709.36            .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED       NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED       NOT FILED            .00            .00
CENTRAL DUPAGE HOSPITAL   UNSECURED       NOT FILED            .00            .00
CENTRAL DUPAGE HOSPITAL   UNSECURED       NOT FILED            .00            .00
GLOBAL VANTEDGE           UNSECURED       NOT FILED            .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED            .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED         1754.22            .00            .00
S&S LENDING               UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00            .00
SOURCEONE CREDIT UNION    UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED          274.58            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
COOK COUNTY TREASURER     SECURED           7809.37            .00        2299.57
DEBRA J VORHIES LEVINE    DEBTOR ATTY      2,064.00                          .00
TOM VAUGHN                TRUSTEE                                         170.43
DEBTOR REFUND             REFUND                                             .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05892 COLUMBUS MONTGOMERY
```

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 2,470.00 | |
| PRIORITY | | .00 |
| SECURED | | 2,299.57 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 170.43 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,470.00 | 2,470.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE